# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>U.S. Department of Justice )<br>Antitrust Division )<br>450 Fifth Street, NW, Suite 7100 )<br>Washington, DC 20530 )<br>     )<br>         *Plaintiff*,    )<br>     )<br>    v.     )<br>     )<br>H&R BLOCK, INC.    )<br>One H&R Block Way    )<br>Kansas City, MO 64105;    )<br>     )<br>2SS HOLDINGS, INC.    )<br>5925 Dry Creek Lane NE    )<br>Cedar Rapids, IA 52402; and    )<br>     )<br>TA IX L.P.     )<br>64 Willow Place    )<br>Suite 100     )<br>Menlo Park, CA 94025,    )<br>     )<br>         *Defendants*.   )<br>     ) | **Civil Action No. 1:11-cv-00948 (BAH)**<br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS MOTION TO TRANSFER

Defendants H&R Block, Inc. ("H&R Block"), 2SS Holdings, Inc. ("2SS"), and TA IX L.P. ("TA"), by undersigned counsel, respectfully move the Court, pursuant to 28 U.S.C. § 1404(a), for an Order transferring this action to the United States District Court for the Western District of Missouri. Defendants further respectfully request that this Court hold an expedited hearing on Defendants' Motion to Transfer. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities as well as the Affidavit of

Tony G. Bowen, Assistant Vice President of Corporate Development at H&R Block. A proposed order is also attached.

The parties met and conferred regarding this motion, and Plaintiff has not consented to the transfer.

## REQUEST FOR ORAL HEARING

Pursuant to Rule 7(f) of the Rules of the United States District Court for the District of Columbia, Defendants respectfully request an oral hearing.

Dated: May 27, 2011

Respectfully submitted,

/s/ Theodore C. Whitehouse
_____
Theodore C. Whitehouse (DC Bar #298331)
David K. Park (DC Bar #446159)
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
*Attorneys for Defendant H&R BLOCK, INC.*

/s/ J. Robert Robertson
_____
J. Robert Robertson (DC Bar #501873)
(DDC Bar #IL0001)
Corey W. Roush (DC Bar #466337)
Benjamin F. Holt (D.C. Bar #483122)
Christian M. Rowan (DC Bar #978124)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: 202 637 5600
Fax: 202 637 5910
*Attorneys for Defendants 2SS HOLDINGS, INC. and TA IX L.P.*