1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,      :   Civil Action
                                    :   No. 1:11-cv-00948
4              Plaintiff,           :
                                    :   September 12, 2011
5    v.                             :   Morning Session
                                    :
6    H&R BLOCK, INC., et al.,       :   Washington, D.C.
                                    :
7              Defendants.          :
     ............................:
8

9

10        TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING - DAY 5
                 BEFORE THE HONORABLE BERYL A. HOWELL
11                UNITED STATES DISTRICT COURT JUDGE

12

13   APPEARANCES:

14   For the Government:      Mr. Joseph Wayland
                              U.S. Department of Justice
15                            950 Pennsylvania Avenue, NW
                              Washington, D.C. 20530
16                            (202) 514-1157
                              joseph.wayland@usdoj.gov
17
                              Mr. Lawrence E. Buterman
18                            U.S. Department of Justice
                              450 Fifth Street, NW
19                            Washington, D.C. 20530
                              (202) 532-4575
20                            lawrence.buterman@usdoj.gov

21   For the Defendants:      Mr. J. Robert Robertson
                              Mr. Corey W. Roush
22                            Hogan Lovells
                              555 Thirteenth Street, NW
23                            Washington, D.C. 20004
                              (202) 637-5600
24                            robby.robertson@hoganlovells.com

25

```
 1    APPEARANCES (Continued):

 2    For the Defendants:       Mr. Eric J. Stock
                                Hogan Lovells
 3                              875 Third Avenue
                                New York, New York 10022
 4                              (212) 918-8277
                                eric.stock@hoganlovells.com
 5

 6    Court Reporter:           Ms. Lisa Schwam, CSR, CRR, RMR
                                Official Court Reporter
 7                              Room 4702-A, U.S. Courthouse
                                Washington, D.C. 20001
 8                              (202) 354-3238
                                LisaSchwam@aol.com
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Proceedings reported by machine shorthand, transcript
      produced by computer-aided transcription.
```

1                                I N D E X

2    WITNESS                DIRECT     CROSS     REDIRECT     RECROSS

3

4    DANE L. KIMBER

5    By Mr. Stock              10                    53

6    By Mr. Buterman                      42                         60

7

8    JAMES BRIAN RHODES

9    By Mr. Roush              69                    96

10   By Mr. Buterman                      94

11

12                              E X H I B I T S

13      NUMBER                         MARKED FOR IDEN     ADMITTED

14   DEFENSE EXHIBITS:

15      Trial Exhibit 3                       91

16

17

18

19

20

21

22

23

24

25

```
1                    P R O C E E D I N G S

2          THE DEPUTY CLERK:  This is Civil Case 11-948, United

3    States of America v. H&R Block, et al.

4          MR. WAYLAND:  Do you need appearances again?

5          THE COURT:  I hope not.

6          MR. WAYLAND:  Okay.

7          THE COURT:  I think we don't have a new court reporter

8    so she knows who everybody is.

9          MR. WAYLAND:  Just a couple of matters, your Honor.

10         THE COURT:  Yes.

11         MR. WAYLAND:  The government rested at the end of the

12   day Friday with respect to witnesses.  As your Honor is aware,

13   we have an agreement with the defendants that at the end of the

14   trial, we will have an agreed-upon submission of documents which

15   will identify for the Court, and that will be part of our case

16   as well.  And we have the right under the agreement that governs

17   the conduct of the case to call rebuttal witnesses.

18         THE COURT:  Any housekeeping matters from you?

19         MR. ROBERTSON:  No, your Honor.  Good morning.  Robby

20   Robertson for the record.  And we will start our case this

21   morning, your Honor, and Mr. Eric Stock from our firm is sitting

22   here, now standing up here.

23         THE COURT:  Good morning.

24         MR. ROBERTSON:  Mr. Eric Stock will be the attorney

25   handling the first witness.  And that's all I have
```

4

1    administrative and I can step aside.

2         THE COURT:  Let's just review the schedule for just a

3    little bit, if we could.

4         So do you expect to call two witnesses, I think I

5    understood from you, Mr. Robertson?

6         MR. ROBERTSON:  There are two third-party witnesses

7    that we will call this morning and then when they are finished,

8    then provided we have more time, the next witness would be

9    Dr. Meyer after that.  And then we'll probably then be rolling

10   into the days off at least for us anyway on Tuesday and

11   Wednesday.  Be back on Thursday.

12        If Dr. Meyer is finished, that's great.  If not, we'll

13   complete that testimony on Thursday.  And I don't know what --

14   if your Honor has a different schedule for Thursday.

15        THE COURT:  No.  My sentencing commission meeting

16   schedule has been slightly revised so I just wanted to alert you

17   all to that now.  I'm not going to pull the rug out from under

18   you in any way so depending on your witness availability, we

19   will keep to the schedule that I outlined at the pretrial.  But

20   my sentencing commission meeting has been postponed in terms of

21   the start time until 2 o'clock tomorrow.  So if we can -- if we

22   don't finish with witnesses today, if it's possible schedulewise

23   to finish at least Dr. Meyer, if she's on tomorrow morning, if

24   you can check on that availability and let me know, unless you

25   know now.

1          MR. ROBERTSON:  Your Honor, we can do that.  What we

2   normally can't do is remove Mr. Cobb, but he's going to bring

3   him in later in the week.  We had him on Friday sitting here all

4   day, and I just don't want him to come back another time and

5   another time.

6          But that's the only other person I think we have a

7   scheduling issue with.  I think Dr. Meyer is fine.

8          THE COURT:  So we would have Mr. Cobb then on Thursday.

9          MR. ROBERTSON:  I believe that's correct, yes.

10          THE COURT:  Okay.

11          MR. ROBERTSON:  Thursday or Friday, depending how it

12   works out.

13          THE COURT:  I'm trying very hard to -- and I would

14   really like to finish all the testimony by Thursday of this

15   week.  On Friday I have a number of other matters that are going

16   to require extensive argument, including a suppression hearing

17   and various other arguments.  So if we have to hear witnesses on

18   Friday, it might not be till very late in the day.

19          MR. ROBERTSON:  We'll see what we can do, your Honor,

20   Friday to avoid that if we can.

21          THE COURT:  Just to alert you, I prefer to finish

22   everything if we can on Thursday.

23          MR. ROBERTSON:  Once we finish with that, what's your

24   Honor's pleasure in terms of where we go from there because I

25   think that involves a lot of scheduling as well.  I don't know

1    how it happened, but I have another antitrust PI, believe it or

2    not, the same month on the 28th.  It's a small one, thank

3    goodness.

4           THE COURT:  Business is good, Mr. Robertson.

5           MR. ROBERTSON:  I have to go out to Denver for that

6    one.  But sometimes it's helpful to have at least proposed

7    findings from each side.

8           THE COURT:  Yes.  I would like to have proposed

9    findings from each side and any briefs from each side.  I know

10   that you all have reserved time for your closings, and it's

11   during that period that, you know, I'm hoping to be able to ask

12   you a number of questions as we would at an oral argument.

13          MR. WAYLAND:  We had hoped, your Honor, that the

14   closings would be postponed until you had all the briefs so that

15   it would be a more useful exercise for you.

16          THE COURT:  Okay.  I think that's fine.

17          Have you all talked about a schedule for your briefing?

18          MR. WAYLAND:  We have had very preliminary discussions

19   this morning, your Honor, which we're hoping to talk a little

20   bit more about at lunch.  Maybe come back after lunch.

21          THE COURT:  What I'd like to do rather than dictating a

22   schedule to you for briefing, since I want to get the best work

23   product I can from both of you, so I think in light of that, I'd

24   like you all to work out a schedule that you think will enable

25   you to produce the best work product possible to me.

1          So I'll wait to hear from you about that briefing

2     schedule.

3          MR. WAYLAND:  All right, your Honor.

4          MR. ROUSH:  With regard to finishing on Thursday, just

5     we actually have two business people.  We've taken a couple of

6     people off our witness list or plan to at this point.  We still

7     have two business people that we'd like to go on Thursday.  Then

8     there would be the rebuttal case, if they are planning on

9     calling folks.  Realistically, it's not likely we'll finish on

10    Thursday unless there is a change on their rebuttal case.

11         MR. WAYLAND:  My guess, your Honor, is we're going to

12    go Monday.  You can tell us just to come back on Monday.  I

13    think the rebuttal we'll know by the end of the day Thursday.

14         THE COURT:  Okay.  And that's fine.  What we'll do

15    is -- I mean, we'll have a better sense at the end of the day on

16    Thursday exactly what's left and how much time it will take.  I

17    have to pick a jury in my next case Monday morning, and then

18    I'll just tell that jury to come back, you know, to start that

19    next case, you know, perhaps Wednesday if we think we need to go

20    through Monday and Tuesday.

21         MR. WAYLAND:  Thank you, your Honor.

22         THE COURT:  Okay.

23         MR. ROBERTSON:  Your Honor, if I could then turn the

24    podium over to my partner, Mr. Stock.

25         THE COURT:  Mr. Stock, welcome.  Are you ready to call

1    your witness?

2            MR. STOCK:  Yes.  We call Dane Kimber.

3            MR. WAYLAND:  Your Honor, Mr. Buterman from the United

4    States will be handling this.

5            MR. BUTERMAN:  Your Honor, I believe that there are

6    going to have to be sealed portions with both this witness and

7    the next witness.  Frankly, I believe that the government's

8    cross of these witnesses is going to be pretty -- is not going

9    to be that extensive.  It might make more sense -- I believe

10   Mr. Stock is going to be doing an open session and then a closed

11   session -- if we just continue afterwards and the government

12   does its cross and close.  And then after lunch we can go

13   through the transcript and unseal the relevant portions.  It

14   just seems like there's not enough to open and close.

15           THE COURT:  Okay.  That's fine.

16           MR. STOCK:  No objection.  Most of our direct can be

17   open, your Honor.

18           THE COURT:  Okay.

19           MR. STOCK:  Mr. Kimber.

20       (WHEREUPON, the witness was sworn.)

21                           DANE L. KIMBER,

22   called as a witness herein, having been first duly sworn, was

23   examined and testified as follows:

24           THE COURT:  Good morning.

25           THE WITNESS:  Good morning.

1                        DIRECT EXAMINATION

2    BY MR. STOCK:

3    Q    Mr. Kimber, what is your full name?

4    A    Dane Lee Kimber.

5    Q    And where do you live?

6    A    Just south of Provo, Utah.

7    Q    What is your educational background?

8    A    I have a bachelor's degree in information systems from

9    Brigham Young University.

10   Q    And is Brigham Young University located in Provo?

11   A    It is.

12   Q    Who are you employed by, Mr. Kimber?

13   A    I'm employed by TaxHawk, Incorporated.

14   Q    And what's your relationship with TaxHawk?

15   A    I'm one of the two founding owners and currently a

16   principal.

17   Q    And what's your current job title at TaxHawk?

18   A    Vice president.

19   Q    And what are your responsibilities as vice president?

20   A    I'm responsible for the day-to-day operations of the

21   business areas such as payroll and HR, as well as over the

22   engineering or software development portion of our company.

23   Q    Do you have any responsibilities relating to the business

24   strategy of TaxHawk?

25   A    I do.

1    Q    And what about the pricing of TaxHawk's products?

2    A    Yes.

3    Q    When did you start TaxHawk?

4    A    We formed the company in February of 2001.

5    Q    Could you please briefly give us a description of how you

6    started the company.

7    A    In January of 2001, I received a phone call on a Saturday

8    afternoon from a long-time friend, and he described the idea

9    that he had of forming a company and doing taxes online.   We

10   talked about it.   I spent the next year designing our

11   preliminary software, and we then launched that in January of

12   2002.

13   Q    And where were you employed at the time?

14   A    I was working for Novell, Incorporated, in Provo, Utah.

15   Q    And did there come a time when you quit your job at

16   Novell?

17   A    I did.   It was that following summer.

18   Q    Now, how many employees does TaxHawk have now?

19   A    We have roughly 20 to 25.

20   Q    During peak season, does that number change?

21   A    We got up last peak season to roughly 35 employees.

22   Q    Could you please explain what types of products TaxHawk has.

23   A    TaxHawk provides online software to allow an individual

24   income taxpayer to prepare their federal and state return and

25   E-file that if they so desire with the government.

1   Q    Does TaxHawk run any Web sites?

2   A    We do.

3   Q    How many Web sites?

4   A    We have five Web sites that we use and market differently.

5   Q    Which TaxHawk Web site has the most customers?

6   A    FreeTaxUSA.com.

7   Q    Which TaxHawk Web site has the second most customers?

8   A    That would be the Web site of our company name,

9   TaxHawk.com.

10  Q    And why do you operate your Web sites separately instead of

11  just using one Web site?

12  A    We decided at the beginning because of the thought we had

13  originally to offer different federal forms such as the 1040EZ,

14  the 1040A, to market them differently and on different Web

15  sites.

16  Q    Do all of your Web sites use the same tax preparation

17  engine?

18  A    It is.  It's the same base engine behind all of them.

19  Q    Now, in general, which federal tax forms can TaxHawk's tax

20  preparation engine process?

21  A    We support the main tax form, the 1040 and 5054, attached

22  schedules or forms to that main form.

23  Q    What percentage of federal taxpayers do you believe your

24  company can serve with its existing federal tax form

25  capabilities?

1    A    Based on our calculations, we support over 95 percent of the

2    American taxpaying public.

3    Q    Which states does TaxHawk's tax preparation engine cover?

4    A    We cover 42 of the 44 states that have a state income tax.

5    Q    And are there two states that have a state income tax that

6    you don't cover?

7    A    There are.

8    Q    And what are those states?

9    A    Those are the states of Tennessee and New Hampshire.

10   Q    And why have you chosen not to cover those two states?

11   A    Basically, as we looked at the possibility of or the idea of

12   supporting those states, in our estimation, those state income

13   tax filings are not used by the majority of people in those

14   states.

15   Q    Is it in your plan to cover those states in the near

16   future?

17   A    It is.

18   Q    In the next two to three years?

19   A    Yes.

20   Q    If you decided this year that you had to cover those two

21   states, do you think you could cover those two states by next

22   tax season?

23   A    By working extra time, we could -- we have the expertise to

24   do it.  We chose not to at this point.

25   Q    Turning now to your business and pricing strategy.

1        Does your company offer tax preparation solutions through

2   the Free File Alliance Web site operated by the IRS?

3   A   We do.

4   Q   And do you also offer tax preparation for visitors who come

5   straight to your Web site?

6   A   Yes.

7   Q   Okay.  Without giving out precise numbers, because we're

8   trying to keep this portion of the questioning nonconfidential,

9   can you give us a sense as to how much of your business comes

10  from the FFA Web site for Free File Alliance and what proportion

11  comes from direct visits to your Web sites?

12  A   Without using numbers?

13  Q   Just -- do most come from one or the other?

14  A   Most come from directly to us.  It is a smaller percentage

15  but still significant that come through FFA.

16  Q   Okay.  So focusing on the customers that come to your Web

17  sites directly, can you tell me the pricing for the products

18  offered on your Web site Free Tax USA.

19  A   Yes.  We offer the federal tax return, the preparation and

20  E-filing thereof, for free to all customers.  We then for those

21  42 states that we support, we offer the state tax filing for

22  9.95.

23  Q   And do you have a deluxe product that you offer on Free Tax

24  USA?

25  A   We do.  We also offer a deluxe upgrade for 5.95 that

1    includes priority support which bumps them to the top of the

2    queue if they e-mail us a support question.  And it allows for

3    unlimited amending of that return if that's required through the

4    year, as well as assistance with any audit letters that they may

5    receive from the IRS.

6    Q   Okay.  Just so the record is clear, what proportion of

7    taxpayers do you believe can prepare their federal taxes on Free

8    Tax USA for free?

9    A   100 percent of the ones we support or the same percentage,

10   over 95 percent of the American taxpaying public.

11   Q   Okay.  Now, on your second most popular Web site, TaxHawk,

12   could you please tell us the pricing that you used on that Web

13   site.

14   A   The pricing we chose to use there was to offer the

15   preparation and E-filing of the federal tax return along with

16   the state tax return free to all those with an AGI or adjusted

17   gross income of 20,000 or less.

18       For those that have an AGI over 20,000, the federal return

19   is still free, but the state return is 12.95.

20   Q   Thank you.

21       Now, when did your company first conceive of the idea to

22   offer free federal tax returns online?

23   A   It was sometime in the summer of 2002.

24   Q   Do you know when your Free Tax USA Web site was

25   registered?

1   A    I do.   We registered that domain a little bit of time after

2   having those conversations in September of 2002.

3   Q    And whose idea was it to offer free federal tax returns

4   online on Free Tax USA?

5   A    It was a joint decision between Scott and I.   The idea to

6   register the domain was my idea.

7   Q    And had the Free File Alliance started at that time?

8   A    It had not.

9   Q    When the Free File Alliance started, did you use Free Tax

10  USA in the Free File Alliance Web page?

11  A    Yes.   We used that Web site as our entrant into the Free

12  File Alliance, yes.

13  Q    Now, when did you start offering free federal filings on

14  Free Tax USA -- on the Free Tax USA Web site?

15  A    We offered free to, with no AGI restrictions, in tax year

16  2003.

17  Q    Okay.   And the prior tax year, had you offered it with AGI

18  restrictions?

19  A    We did.   It was restricted to, I believe, 30,000.   An AGI of

20  30,000 or less could get it for free, but anybody over 30,000

21  could not.

22  Q    And that's tax year 2002?

23  A    That's tax year 2002.

24  Q    Tell us again what the offer was in tax year 2003.

25  A    2003, the offer was that it was free to any individual that

1    lived in one of 14 states that we had listed there.  But it was

2    free for 100 percent of those people.

3    Q    And whose idea was it to eliminate the AGI restrictions that

4    you had had in the prior year, tax year 2002?

5    A    It was a goal, I guess you could say, that we had from since

6    registering the Web site, but it was between conversations

7    between Scott and I.  We talked about doing it.

8    Q    Thank you.

9        Now, turning to the products, the tax preparation engine

10   offered by TaxHawk, what is your assessment of the quality of

11   the digital tax preparation services offered by TaxHawk?

12   A    We believe they're very high quality.

13   Q    And how do you know it's a high-quality product?

14   A    I would base that statement on the growth that we have year

15   to year and the comments and compliments that we receive via

16   e-mail and even some by phone directly to our office.

17   Q    Do you believe that you have high-quality software

18   engineers?

19   A    I do, absolutely.

20   Q    And what do you base that view on?

21   A    Based on their education and having worked with them and the

22   many opportunities we give them to maintain their skills and

23   become trained on new and innovative technologies.

24   Q    Speaking of innovation, would you describe TaxHawk as an

25   innovative company?

1    A    I believe we are.

2    Q    In what ways?  Could you give us examples of how TaxHawk has

3    been innovative.

4    A    We encourage our employees, not just our engineers, but all

5    of our employees to present ideas of improving our product or

6    making our product more user friendly or usable, period.  One

7    example of this was approximately three years ago we were

8    presented with the idea of a feature called a "bookmark," which

9    would allow the customer to put a bookmark, if you will, in a

10   section of the tax return where they did not have the complete

11   information to fill it in completely.  They could then return

12   later to that easily by going to their bookmarks and selecting

13   that page that they had marked and going back and entering the

14   information in a future date.

15       And since adding that feature, we've received many

16   compliments that suggests people like it a lot.

17   Q    Has that feature been emulated by other digital tax

18   preparation companies?

19   A    We noticed that it had been added.

20   Q    Is there anything innovative about TaxHawk's state

21   pricing?

22   A    Innovative to the point that we offer the state return along

23   with the federal return for free.  We don't -- we know that

24   there have been at least a company or two that have done that in

25   the past.  But as far as we're aware of, we're the ones doing

1    that right now.

2    Q   What about the name "Free Tax USA"?   Is there anything

3    innovative about the name?

4    A   I like the name having been the one who thought of it.   But

5    we know through our experience that when you are trying to

6    market your company via search engines, that having the words or

7    the phrases that you would expect a consumer or a taxpayer to

8    type in when searching for a tax preparation company appear in

9    your URL or your domain name, as well as the title of your Web

10   site, that it lends more credibility in the search engines,

11   gives you a boost up the page, if you will.

12   Q   Thank you.

13            MR. STOCK:   Your Honor, there's one point I neglected

14   to make at the beginning, which is as I get into issues that may

15   involve confidentiality, I want to recognize that the witness

16   has counsel present in the front row.   So his counsel may also

17   have views on confidentiality issues.   I neglected to say that

18   at the beginning.

19            THE COURT:   What is the name of his counsel?

20            MR. STOCK:   Mr. Quinn Kofford.

21   BY MR. STOCK:

22   Q   Okay.   So Mr. Kimber, to follow up on that, could you

23   explain how the name "Free Tax USA" gives you an advantage for

24   specific search terms.

25        What are those terms?

1    A    We make the assumption that many people looking to file

2    their taxes online are looking to do it at the lowest cost

3    possible, free.  And when someone types in the words "free" and

4    "tax" in combination with other words, albeit "return" or "free

5    tax online" or various other combinations, we generally appear

6    in the top three natural hits on the resulting page.

7    Q    Now, I understand that your company's sales and customer

8    information is confidential.  We'll seal the courtroom and talk

9    in a little more detail about that later.

10   A    Okay.

11   Q    But in the public portion, I'd like to talk about your

12   growth rates, if that's okay.

13   A    Uh-huh.

14   Q    Could you please tell us your average growth rate for

15   taxpayers using your products over the past two years.

16   A    We've seen the growth rate over the past two years be

17   roughly 30 percent.

18   Q    And do you expect that growth rate to continue?

19   A    We do.

20   Q    And have you examined your growth rate in the postseason

21   since April 2011, since the close of tax season?

22   A    We have.

23   Q    And what was your growth rate since April 2011 of this

24   year?

25   A    When we -- and it's roughly been a month that we looked at

1    that -- we have noticed a growth since April 20th of about

2    60 percent, as opposed to that same time period -- as compared

3    to that same time period last year.

4    Q    And have you ever seen growth levels that high before?

5    A    In the previous few years, we've noticed some growth, but

6    not as significant as a jump from roughly 30 to 60 percent that

7    we've seen this year.

8    Q    Now, Mr. Kimber, in light of your growth rate, what efforts

9    have you undertaken to ensure that you're capable of continuing

10   to expand quickly?

11   A    Ever since our first year in business, I've made it a

12   specific -- a personal goal, as well as a company goal, to

13   always evaluate the next year and the upcoming year and see what

14   percentage growth we expect and to have in place the hardware,

15   the bandwidth, and the software scalability to handle five to

16   seven times the traffic of what we expect.

17   Q    So are you saying that for this coming year, you ensured

18   that TaxHawk would have enough infrastructure to support 5- to

19   700 percent of the customers that you expected?

20   A    That's correct.

21   Q    Okay.  Mr. Kimber, turning more specifically to the

22   marketing techniques used by TaxHawk and, specifically, Free Tax

23   USA.  You told us about the natural search functions and

24   innovations of Free tax USA.

25       What other types of advertising do you use?

1   A    We send e-mails out to our existing customers and also allow

2   them the opportunity to refer their friends and family, if you

3   will, to our product.  And we e-mail those individuals as well

4   with offers and incentives to come and use us as their tax

5   preparation site.

6   Q    Okay.  So in addition to natural search and e-mail

7   marketing, what other types of marketing do you engage in?

8   A    We also use the idea of pay per click through Web site or

9   paid search engine traffic with several different major search

10  engines.

11  Q    I'd like to get into that in a little more detail, but

12  before we do, I just want to make sure we've covered the other

13  types of marketing that your company engages in.

14      We have natural search, paid search, e-mail marketing.

15  Anything else?

16  A    We have done other types of marketing in the past.  We've

17  produced some radio ads in a local market in Utah.  We've

18  produced several marketing videos that we've put on YouTube that

19  would present the idea that we'd like people to come and file

20  with us.  Stop paying too much for taxes, come file with Free

21  Tax USA.

22      We also produced a TV ad that ran through Google TV earlier

23  this tax season.

24  Q    Okay.  Now, I'm going to take a little risk here.  Well, let

25  me ask you a question.  I'm going to ask you to explain the

1   difference between paid search and natural search.

2       In explaining that difference, would it be helpful for you

3   to actually have a screen showing a search engine?

4   A   That would make it easier for me to show where on the page

5   the two different types of search appear through Google

6   specifically.

7   Q   Okay.  So I'm going to make an attempt here to be very

8   21st century.

9       Can you see that?

10  A   Yes.

11  Q   Okay.  So this is Google, and I'm going to type in a search

12  "free tax return."

13      So have you seen this type of screen before?

14  A   Yes.  So at the top there and highlighted in tan or somewhat

15  of a yellowish-orange, are paid ads in the search engine.  Those

16  are paid for positions, if you will, by bidding on those

17  keywords that were just typed in by you, the user.

18      The listings in white below that are what I would term

19  "organic listings" or "natural listings" that come based on the

20  search engine crawling many Web sites and ranking their

21  importance on various keywords.

22  Q   Okay.  So let's try to go in order.  Let's try to finish up

23  on natural search first.

24      You told us about the use of your innovative name with

25  "free" and "tax."  Does that -- well, let me take a step back.

1    It looks like your search results on "free tax return" were

2    pretty effective.  Is that consistent with what you typically

3    see with searches with the terms "free" and "tax" in them?

4    A   Generally.  Any combination of those two with other words

5    will generally see us in the top three or at least on the first

6    page of the results, yes.

7    Q   And is there anything in addition to having the words "free"

8    and "tax" in your name that you do to try to make sure that

9    you're in the top results for natural search?

10   A   We both -- before the season ends, during the season, we'll

11   identify keywords that we want to target and produce pages that

12   are written towards and highlight those specific words that

13   we're looking to target.

14       And we refer to those as "organic landing pages," if you

15   will.  That the search engine can crawl our Web site, find those

16   pages that may have the topic of tax deductions.  And then when

17   those terms are typed in, the idea is that that page we've

18   specifically written on that topic of tax deductions will appear

19   in some of the top results.

20   Q   Now, let's say -- do you pay anything to Google for these

21   natural search results?

22   A   Not for the natural search ones, no.

23   Q   So let's say all of a sudden a million new people found your

24   listing at Free Tax USA on natural search here at the bottom,

25   the second entry, and they all click through and purchased your

1   product.

2       Would you have to pay anything additional for those new

3   million customers?

4   A   Not for the ones that would click on the link in white there

5   at the bottom of the screen, no.

6   Q   So let's turn now to the portion in yellow at the top.

7       Could you tell us how -- is that the paid search section of

8   the page?

9   A   That is.

10  Q   Could you tell us how paid search works.

11  A   So we, as a company, bid on those specific keywords, an

12  amount to be -- to appear when they're typed in -- when users

13  type them in so we can appear on the results.  And that's

14  highlighted in orange.

15      And so every time a customer clicks through on that orange

16  link, we are charged a fee per click.

17  Q   So on the orange section, if someone clicked on this and

18  went through to your Web site, you would pay a fee per click?

19  A   Yes.

20  Q   And how do you decide how much you're willing to bid for the

21  terms for paid search?

22  A   We have internal discussions principally between Scott and

23  myself and a gentleman we've hired as a marketing director.  And

24  those ideas or measurements or boundaries, if you will, are

25  fluctuated sometimes daily during the season where we're willing

1    to say, okay, I'll pay up to X amount on this keyword and if

2    we -- we monitor those closely, and if we see that they're

3    performing, we'll raise the amount we're willing to pay for

4    that.  If they're not performing, we'll back off and focus our

5    efforts elsewhere.

6    Q    Is there a concept called "return on investment"?

7    A    Yes.  That's what we're looking at basically is we -- as

8    someone clicks through, we're charged for that click.  That

9    person may or may not end up paying us and filing their taxes

10   with us, but the idea is that a large enough percentage of them

11   will; that the return or the revenue we see from all those

12   people coming through paid search will be large enough to -- and

13   larger than the amount we're paying for those clicks.

14   Q    Okay.  So if I understand you correctly, you have a

15   calculation as to what revenue per click you're earning on

16   certain terms; is that right?

17   A    That's correct.

18   Q    And are you saying that when you bid on terms, how does that

19   compare to what your revenue per click or return on investment

20   is?  How do you set that?

21   A    Well, we want the return on investment to be as large as

22   possible.  There isn't a set percentage.  There are starting

23   points that we start out with on each different keyword.  And

24   then we fluctuate those.

25        If it's growing fast enough and large enough, sometimes

1  we're willing to deal with a little bit less of a percentage of

2  return on investment than we would be if we're not throwing a

3  lot -- or throwing very little money at it.

4  Q   So is it correct to say that, in general, if the amount

5  you're paying per click is below your return on investment or

6  revenue per click, then you're making money with every click?

7  A   Yes.

8  Q   So if you're satisfied with your pay-per-click costs, but

9  for some reason the number of clicks that you're getting has

10  increased beyond what you expected, is that a problem for you?

11  A   We're prepared for the extra traffic.  And it's not a

12  problem to increase our revenue, no, our return.

13  Q   So just to take a hypothetical example, if you're satisfied

14  with your pay-per-click cost and your revenue-per-click earnings

15  and for some reason the market has changed and the amount of

16  clicks you get for your paid search doubles, is that going to

17  double your cost?

18  A   It will double our cost.

19  Q   Is that a problem for you?

20  A   It's not a problem as long as the return on investment

21  continues to remain at or near what we're looking for.

22  Q   So you have no problem expanding your pay-per-click expenses

23  as long as the revenue per click is still above the amount

24  you're paying on pay per click?

25  A   That's correct.

1    Q    Okay.    Mr. Kimber, turning toward the competition, what

2    types of customers does Free Tax USA target?

3    A    We consider all the American taxpayers, the American

4    taxpaying public, as our audience or our customers -- our

5    potential customers.

6    Q    Do you consider people using pen and paper to do their taxes

7    potential customers of yours?

8    A    I do.

9    Q    Do you consider people who go to accountants potential

10    customers of yours?

11    A    I do.

12    Q    Are you aware of any advertisements made by Free Tax USA

13    that are seeking to draw customers currently going to a tax

14    store or an accountant?

15    A    I would label a video we put on YouTube where we actually

16    shot -- used a high-powered rifle and blew a hole in an iPad and

17    filmed that with a high-speed camera.    Basically, the title of

18    the ad was "Why Pay Too Much for Preparing Your Taxes" -- or

19    "Paying Too Much for Your Taxes is Like Throwing Money Away,"

20    which you'd be doing if you blew a hole in an iPad.

21        And in the marketing message that we had with that ad was

22    don't pay over a hundred dollars to file your taxes.    You can

23    come and do your federal and your state for as little as $10

24    with us.

25    Q    And is it your view that the use of the term "$100"

```
 1   signifies something about who that ad was aimed at?
 2   A    It was aimed at people that would go into a storefront or to
 3   an accountant and prepare their taxes -- or have their taxes
 4   prepared.
 5   Q    Does Free Tax USA emphasize pricing in its marketing?
 6   A    We do.
 7   Q    What company do you believe has a pricing strategy that's
 8   closest to yours?
 9   A    There are probably several that would be close to us.  I
10   would label TaxSlayer, OnLine Taxes, TaxACT as some.
11   Q    And why do you consider their pricing strategy to be similar
12   to TaxHawk's?
13   A    I believe they fit into the same cost structure, I guess you
14   would say, where the federal return is free and you can get the
15   state for a low cost or what I view as low cost.
16   Q    Do you believe that the pricing strategies that your company
17   has used have led to your company acquiring a customer base with
18   any particular preferences with respect to price?
19   A    I believe our customers, as well as most of the taxpaying
20   Americans, want to get the best deal they can in preparing the
21   taxes.  So free and low cost definitely attracts them.
22   Q    Do you believe your customers are highly price sensitive?
23   A    I believe they are price sensitive, yes.
24   Q    And I think you said you saw TaxACT engage in similar
25   pricing strategies as your company?
```

1   A    They are one of the companies I listed, yes.

2   Q    Would you similarly expect that TaxACT customers are highly

3   price sensitive?

4            MR. BUTERMAN:  Objection.

5            THE COURT:  Sustained.

6   BY MR. SCOTT:

7   Q    Do you have any reason to believe that TaxACT would have a

8   different type of customer base?

9            MR. BUTERMAN:  Same objection, your Honor.

10            MR. SCOTT:  I'm just asking if he has any reason to

11   believe that they're different.

12            MR. BUTERMAN:  Your Honor, we have TaxACT witnesses on

13   the stand we can talk to.  TaxACT customers, I don't know that

14   Mr. Kimber is the right person to be talking about that.

15            THE COURT:  Yes, sustained.

16   BY MR. ROUSH:

17   Q    Okay.  Mr. Kimber, does everyone who uses Free Tax USA

18   choose to purchase a state return?

19   A    Not everybody.

20   Q    For customers that choose not to file a state return with

21   Free Tax USA, but they do file their federal forms through Free

22   Tax USA, what's your understanding in terms of how they may be

23   handling their state filing, if they have one?

24   A    Yeah.  For those that are required to file a state tax

25   return along with their federal and they choose not to do it

 1   with us, I would assume that they're either printing out a form

 2   from their state and filling it out by hand or --

 3          MR. BUTERMAN:  Move to strike, your Honor, as

 4   speculation.

 5          THE COURT:  Overruled.

 6   BY MR. SCOTT:

 7   Q   You can continue.

 8   A   -- or they would go to their -- that specific state's Web

 9   site, many of which offer a means of filing your state return

10   directly with them for certain customers.

11       They could very well reenter all their federal information

12   in another piece of tax software as well and just to file the

13   state return, but those are some options that I would see.

14   Q   If you raise your state price, would you be concerned that

15   the percentage of Free Tax USA customers paying for a state

16   filing would change?

17   A   If we raised the price significantly, I would see probably

18   the significant loss in the customer base as well.

19   Q   And would one of your concerns be that those customers

20   choosing not to file their state returns are doing it by hand?

21   A   That would still remain one of the options I would see they

22   would have, yeah.

23   Q   And would you be concerned about that?

24   A   As concerned as any other option that they would have that

25   they'd be leaving us for.

1    Q    Is that one reason you don't raise your state price?

2    A    Yes.

3    Q    Now, if your customers were to -- is the scope of your free

4    offering comparable to TaxACT's free offering, to your

5    knowledge?

6    A    Yes.  The free offering for the federal, yes.

7    Q    Do H&R Block and Intuit also offer free products, to your

8    knowledge?

9    A    They do.

10   Q    And do their free products have the same capabilities as

11   yours?

12   A    Not in our estimation.

13   Q    And how are their free products less capable?

14   A    One of the products is basically a 1040EZ.  The 1040EZ is

15   free.  If you need more features or different forms, than you

16   need to upgrade or choose different software.

17        The other one of those two companies allows the filing of a

18   1040 with limited types of income, but if you get into

19   investment income, stock sales, business income on a Schedule C

20   or other things of that level, you're forced to upgrade to a

21   different product in order to file that type of a return.

22   Q    And what about the state prices offered by TurboTax and

23   H&R Block?  Do you know how they compare to yours?

24   A    Currently, they are both somewhere around $30 -- $30.95 or

25   29.95 -- in order to prepare and file the state return.

1    Q    Could you remind us of what the Free Tax USA state price is.

2    A    9.95.  About a third.

3    Q    Now, Mr. Kimber, let's hypothesize that for some reason you

4    chose to raise your state price from 9.95 to 12.95.

5        Would you be concerned that your customers would switch to a

6    competitor?

7    A    I honestly -- with that level of increase, we have done that

8    on another one of our Web sites, TaxACT -- or TaxHawk, as I

9    mentioned earlier, and have not seen ill effects.  But that

10   would be a concern.

11       Again, it's the magnitude of the increase.  I know that we

12   purposely placed our price in single digit pricing below $10 for

13   a reason and a basic marketing reason; that people tend to buy

14   things that are less than $10 more rapidly.  And so increasing

15   it by 2- to $3, I don't know what specific effects that would

16   have, but that is a concern that I would have is that, yeah, we

17   would lose customers by raising the price.

18   Q    And if you lost customers to other digital providers, which

19   customers do you think you'd be more -- which competitors do you

20   think you'd be most likely to lose customers to?

21   A    With the price sensitivity that I've felt that our users

22   have, I would -- and with my experience, I'd believe that if we

23   raised our price significantly, they would look for the next

24   cheapest and best option.  Evaluating not only on price, but on

25   quality of the software, but they would go to something that was

1    at least what we were charging before.

2    Q    And can you give us examples of companies who have products

3    in that range.

4    A    Oh, it would be companies similar to the ones I mentioned

5    earlier; the TaxACT, TaxSlayer, OnLine Taxes, as well as several

6    others.

7    Q    And would it be similar if you raised the price of your

8    deluxe product?  What competitors would you be concerned about?

9         What digital competitors would you be concerned about losing

10   customers to if you raise the price of your deluxe product?

11   A    Probably those same -- it would be those same companies that

12   I just mentioned.

13   Q    You consider TaxACT to be more innovative than your company

14   in the current marketplace?

15   A    No.

16   Q    Is TaxACT's product better than yours?

17   A    I don't believe it is, no.

18   Q    Does TaxACT have lower prices than TaxHawk?

19   A    Not in our evaluation of the prices, no.

20   Q    Can you give me some specific examples where your prices are

21   lower than TaxACT's prices.

22   A    We can file the federal and state tax return for 9.95.  And

23   I'm going on recollection.  There's a charge for adding your

24   state on to your free federal with TaxACT, as well as an

25   E-filing charge.  You can print it and file that way -- file by

1    paper for free -- but then there is an additional E-filing

2    charge that we include in our price.

3         So after that charge is added on, I don't remember

4    specifically the amount but we we're still less.

5    Q   What about your state tax filings?  Could you tell us if

6    there's a way to -- I think you talked about this before but

7    just for clarification, is there a way to file your state faxes

8    for less on TaxHawk than is available on TaxACT's Web site?

9    A   Yes.  Well, if you have an AGI of 20,000 or less and you go

10   to our TaxHawk.com Web site, you can actually get the state tax

11   return along with your federal tax return both for free.

12   Q   Okay.  Mr. Kimber, have you heard about the proposed

13   transaction between H&R Block and TaxACT?

14   A   I have.

15   Q   And have you been made aware that the Department of Justice

16   in this case is concerned about the effect that the acquisition

17   could have on the competitiveness of the TaxACT product?

18   A   Yes, I'm aware of that.

19   Q   Post-transaction, could customers unhappy with changes in

20   the TaxACT product or pricing use your product instead?

21   A   We believe they could, yes.

22   Q   And if that generated a lot of business for Free Tax USA,

23   would your servers be able to handle it?

24   A   Yes.

25   Q   How much would your business be able to expand in the first

1    year?  What would your infrastructure support?

2    A   With our initial setup, we would be able to handle five to

3    seven times the traffic that we anticipate for that year.  That

4    being said, we view our company as agile and able to quickly

5    react as well and could put things in place if we saw those

6    trends coming to handle even more than that.

7    Q   And what about your cost-per-click advertising?  What if the

8    number of clicks you got doubled or tripled?  Would you be

9    willing to pay for the additional clicks as long as it stayed

10   under your return on investment?

11   A   As long as the return on investment was continuing, yes.

12   Q   And if disappointed -- if all of a sudden there was a change

13   in the market and your return on investment, your revenue per

14   click improved, would you be willing to increase the amount that

15   you pay per click to search engines now?

16   A   Yeah.  That would be part of our evaluation as we went

17   along, yes.  We would evaluate that and as long as the return on

18   investment continued to be consistent or at the level that we

19   were expecting, we would increase.

20   Q   And if -- let's hypothesize that the TaxACT price went up or

21   the scope of the TaxACT free offering were reduced.

22       Would you consider emphasizing that in your advertising?

23   A   I would consider that, yes.

24   Q   And could you show us on the Web page where you're able to

25   advertise for paid search.

1     Is there somewhere you could emphasize that in your paid
2   search advertising?
3   A   Well, as you noticed in the paid ad there, the title "Free
4   Tax USA," that's the official site.  "100 percent free tax
5   preparation."  I can use as much of that title or the words
6   where we have stated, "Start your 2010 IRS tax return."
7     I can place verbiage in there to describe or to be more
8   detailed why they should come.  We're easy to use.  We're the
9   cheapest one out there.  We're the only one offering a free
10  state.  Whatever we choose to do, we can emphasize there.
11  Q   And would you be willing -- would you consider changing the
12  emphasis in your paid search advertisings if there were a new
13  opportunity that arose as a result of this transaction?
14  A   We would -- we'd evaluate any opportunity that presented
15  itself.  We would -- we'd consider doing what we needed to to
16  highlight our strengths, if you will.  Shine a flashlight on
17  where we believe we're strong and we have the best position and
18  go from there.
19  Q   Now, do you believe that TaxACT customers dissatisfied with
20  post-merger pricing would be responsive to advertising by you
21  that emphasized your company's superior pricing?
22          MR. BUTERMAN:  Objection, your Honor.
23          MR. WAYLAND:  Your Honor, I'm asking him what he
24  believes and not for the truth of the matter.  I'm just asking
25  as a basis for what he would do.

1          THE COURT:  It's overruled.  You may answer.

2     BY THE WITNESS:

3     A    Could you restate the question.

4     Q    Sure.

5          Do you believe that TaxACT customers dissatisfied with

6     post-merger pricing would be responsive to advertising by you

7     that emphasized your company's superior pricing?

8     A    That would be our reasoning behind doing the advertising is

9     we would feel that they're going to be responsive to it, yes.

10    Q    And do you think that TaxACT customers -- let me rephrase.

11         In forming your competitive response to TaxACT, would you be

12    assuming that your company had a better or worse chance of

13    acquiring dissatisfied TaxACT customers as a result of a price

14    increase than another company like H&R Block?

15         MR. BUTERMAN:  Objection.

16         THE COURT:  If you understand that question, you may

17    answer.

18         MR. STOCK:  Let me rephrase, your Honor.

19    BY MR. STOCK:

20    Q    And I'm asking you in connection with -- is your perception

21    of what TaxACT customers would do relevant to the business

22    decisions that you made -- that you make?

23    A    Is my perception of what those customers would do in a

24    hypothetical case?

25    Q    Is it relevant to whether you would invest in advertising?

1    A    It would place a role, yeah, it would be relevant.   It

2    wouldn't be the only thing, but it would be relevant.

3    Q    So in making that decision, if TaxACT customers were

4    disappointed in a price increase, what would be the assumptions

5    that you would make in terms of whether those customers would be

6    likely to come to your company in response to price advertising

7    as compared to going to a company like H&R Block?

8               MR. BUTERMAN:   Objection.

9               THE COURT:   Overruled.

10   BY THE WITNESS:

11   A    My assumptions would be the same that I basically stated

12   earlier.   That the consumer would want to maintain the service

13   level for the price that they've been paying.   They don't want

14   to pay more.   And so they would look at us as an option because

15   we would be better priced.

16   Q    Thank you.

17              MR. STOCK:   Your Honor, I have a couple more questions,

18   and unfortunately they're of a confidential nature.

19              THE COURT:   Can I just ask you a couple questions.

20              Have you done an analysis or an explanation for why you

21   had 60 percent growth in the last tax season?

22              THE WITNESS:   We haven't done that at this time.

23              THE COURT:   So you don't know why?

24              THE WITNESS:   We don't have a complete answer, no.

25   We're going to do that, but we haven't at this point.

1           THE COURT:  Right.  So you don't know right now whether

2    it's because you've got the lowest price on the market?

3           THE WITNESS:  My assumption is that that has a lot to

4    do with it, but, yeah, I don't know that for a fact.

5           THE COURT:  And do you try and migrate customers from

6    one product to another, for example, from Free Tax USA to

7    TaxHawk?

8           THE WITNESS:  No.  As we do the marketing, we try not

9    to cannibalize or steal from our own customers -- or in those

10   words.  We market Free Tax USA, for example, through pay per

11   click and organic search, and it is the Web site that's linked

12   from the IRS free file page.

13          TaxHawk.com we market with the different states because

14   it has a strength of having a free state return and so the

15   different State Departments of Revenue all link to us.  And the

16   keywords we choose to target pay per clickwise have to do with

17   free states and the strengths that TaxHawk has.

18          THE COURT:  And are you basically offering the same

19   product on those two sites or are there different feature

20   differences that you get for free versus what you pay for?

21          THE WITNESS:  There is not any difference in the

22   features.  That you have the ability and the types of data that

23   you can enter on TaxHawk.com versus Free Tax USA, is the same

24   both federally and for the state.

25          THE COURT:  And in your deluxe product, do you offer

1   that through both Free Tax USA as well as TaxHawk?

2           THE WITNESS:  We don't.  That is one difference.  We

3   offer the deluxe through Free Tax USA only.

4           THE COURT:  Only.  Not through TaxHawk?

5           THE WITNESS:  Not through TaxHawk.

6           THE COURT:  And is one of the features that you offer

7   through your deluxe product the ability to import your data from

8   the prior year?  Were you able to do that --

9           THE WITNESS:  You're able to do that with our basic

10  service, if you will.

11          THE COURT:  And the basic service is free?

12          THE WITNESS:  Yes.  If you prepared with us last year

13  and you log in with your user name and password that you used

14  the previous year, your data is automatically rolled forward.

15  So as long as they've used us consistently, that data can be

16  rolled forward year after year.

17          THE COURT:  And do you know how many other free

18  products are available for tax preparation that allow the free

19  import of data from one year to the next without paying for an

20  upgrade?

21          THE WITNESS:  We're not aware of any.

22          THE COURT:  Are you the only one that you're aware of?

23          THE WITNESS:  In our investigation, yes.

24          THE COURT:  Okay.  Thank you.

25          MR. STOCK:  Thank you, your Honor.  I believe we'll

1   have to close the courtroom at this time.

2           THE COURT:  Can I just stop for one second.

3           Mr. Buterman, are there any portions of your redirect

4   that you can do in open session before we go to closed session?

5           MR. BUTERMAN:  I believe that I can, your Honor.

6           THE COURT:  If you don't mind, Mr. Stock, could we do

7   that to keep as much in the public arena as possible?

8           MR. STOCK:  That would be fine, your Honor.

9                         CROSS-EXAMINATION

10  BY MR. BUTERMAN:

11  Q    Good morning, Mr. Kimber.

12  A    Good morning.

13  Q    I just want to pick up on a question that the Judge just

14  asked you a minute ago.  I want to make sure we're all clear.

15      None of your products allow for the importation of data from

16  another company, correct?

17  A    That's correct.  Unless you're talking about the -- yeah, it

18  would be the user importing his own data looking at a previous

19  year's tax return and entering into ours as the basic

20  information of the W-2 and the types of income he had.

21      But no, we don't allow for importing from another tax

22  software.

23  Q    And you're aware that companies such as TaxACT, H&R Block,

24  and TurboTax do offer PDF imports or other types of imports that

25  allow customers who had used a different program in a prior year

1    to import their data into their softwares, correct?

2    A    Yes, I'm aware of that.

3    Q    And just so we're clear, none of the TaxHawk Web sites offer

4    that?

5    A    That's correct.

6    Q    Now, I'm hoping -- I wanted to begin today by just clearing

7    up one issue that I believe there might be some confusion on.

8         Now, I know you weren't in the Court last week, but Mr. Dunn

9    was here and he testified repeatedly that both TaxACT and Free

10   Tax USA's free edition support all federal IRS forms.

11        That is incorrect, true?

12   A    All federal IRS forms that the IRS accepts to be filed.

13   Q    Let me ask it differently.

14   A    Okay.

15   Q    It's true that TaxHawk does not support all federal forms,

16   correct?

17   A    That's correct.

18   Q    In fact, none of the TaxHawk Web sites support all federal

19   forms even in paid versions, correct?

20   A    That's correct.

21   Q    And TaxHawk has never supported all federal forms?

22   A    That's correct.

23   Q    Okay.  And I believe you mentioned it earlier.  There are

24   54 forms -- federal forms -- that TaxHawk supports?

25   A    That's the number I last counted, yes.

1   Q    Now, Mr. Stock also spoke with you regarding the states that

2   TaxHawk covers and does not cover.  It's true that TaxHawk does

3   not provide support for all of the forms in the states for which

4   it does provide functionality, correct?

5   A    We do not support every form for each of the states, that's

6   correct.  We support the ones we essentially deemed as giving us

7   large enough coverage for that state.

8   Q    And among the forms for which TaxHawk provides no support

9   for the majority of states, are non-year resident and part-year

10  resident income tax filers, correct?

11  A    That's correct.

12  Q    TaxHawk is looking into the possibility of adding support

13  for those forms, correct?

14  A    We are.

15  Q    Do you have an estimate of how long it would take you to add

16  support for those forms?

17  A    Our current idea is the next two to three years.

18  Q    And in addition to -- and in addition, TaxHawk doesn't

19  support forms for cities that have income tax requirements,

20  correct?

21  A    That's correct.

22  Q    And what cities are you aware of that don't -- that do have

23  income tax requirements?

24  A    I believe there are some in the state of New York, the city

25  of New York.  I believe there's some in Michigan.  And those are

1    some basic ones I'm aware of.

2         Having not delved into that area as a company, not

3    particularly -- I don't have a lot of knowledge on that right

4    now.

5    Q    And so it's your understanding that both New York City and

6    Detroit are two of the cities that have income tax -- city

7    income tax requirements?

8    A    That's my understanding.

9    Q    Do you have an estimate of how long it would take TaxACT to

10   support all the forms, if it wanted to?

11   A    TaxACT?

12   Q    Excuse me.  TaxHawk.

13   A    We would probably take ten years or so to put that -- to put

14   all those into place.  I would qualify that by saying because

15   that's what we want to do.  We're a -- I like to call us a

16   "lifestyle" company.  We like the lifestyle we have as owners.

17   We want our employees to have a life, if you will.

18        I do feel we have the expertise to do that more rapidly but

19   we choose not to.

20   Q    Now, moving away from the forms, TaxHawk does not currently

21   offer its digital self-preparation tax product to software that

22   an individual can download and install on a personal computer,

23   correct?

24   A    That's correct.

25   Q    And TaxHawk has never seriously considering -- has never

1   seriously considered offering that capability?

2   A   We've spoken about it, but determined in our -- internally,

3   that it doesn't make sense for us.

4   Q   And one of the reasons that you've determined that that

5   doesn't make sense is because it would require significant work

6   and expenses given the type of software code that your tax

7   engine is built on, correct?

8   A   Correct.  It would take more work than we deem worth it, I

9   guess you could say.

10  Q   And it would also require you to redesign your method of

11  data storage, correct?

12  A   That is correct, yes.

13  Q   And TaxACT does not have a version of its product that

14  people can buy in a detail store such as Staples or Best Buy,

15  correct?

16  A   No.  It's a no-box product, no.

17  Q   TaxHawk does not provide any face-to-face support,

18  correct?

19  A   Walk in?  You mean, walk into our company and sit down face

20  to face with somebody?

21  Q   Well, what I mean is -- yes.

22  A   No.

23  Q   And TaxHawk does not provide any phone support, correct?

24  A   No.  We've talked about that idea and tabled it at this

25  point.

1    Q    Okay.  In fact, the only support that TaxHawk provides for

2    its customers is e-mail support, correct?

3    A    That is.  And along those lines, we feel we have some of the

4    best in the business so ...

5    Q    And the e-mail support that we're talking about is not tax

6    advice, is it?

7    A    It is not.  It's technical support regarding application.

8    Q    In other words, TaxHawk does not provide any tax advice or

9    support in connection with any of its products, correct?

10   A    That's correct.  Other than to -- somebody writes in and

11   says I have such and such a form that I need to enter into my

12   taxes, where do I do that?  Not, with this information, do I

13   qualify for such and such a credit?  We don't answer those types

14   of questions.

15   Q    And besides offering printed and bound tax returns, TaxHawk

16   does not offer any related products or services, correct?

17   A    Related to?

18   Q    Any other products or services.

19   A    No.  We have the state return, the deluxe product, and the

20   printed and bound.

21   Q    For example, TaxHawk does not offer any refund anticipation

22   checks, correct?

23   A    No.

24   Q    Now, we talked about TaxHawk's inability to import data from

25   a prior return that someone did using a different product.

1      What about does TaxHawk allow for importation of W-2s or

2      1099s?

3      A    Importation from the physical form?

4      Q    Importation of data from financial services companies or the

5      like.

6      A    We do not at this time, no.

7      Q    And you're aware that TaxACT, H&R Block and TurboTax all

8      offer some form of that functionality?

9      A    Yes.

10     Q    Now, it's your understanding that TaxHawk sales are much

11     smaller than those of H&R Block, TaxACT, and Intuit, correct?

12     A    We are -- we have less of a percentage of the market, yes.

13     Q    And you sometimes refer to those companies as the "big

14     three"?

15     A    We have.

16     Q    In setting TaxHawk's prices, TaxHawk does not take into

17     account the prices of CPAs or brick-and-mortar tax preparation

18     businesses, correct?

19     A    Yeah.  In setting our own prices, no, we don't care whether

20     they're increasing their prices or not.

21     Q    And isn't it true that you believe that very few of

22     TaxHawk's customers compare its products to those of CPAs or

23     brick-and-mortar assisted shops?

24     A    That's correct, to the point that unless somebody -- if a

25     customer going to a brick-and-mortar shop becomes disenchanted

```
 1   with the service they're getting or the price they're paying, I
 2   think that opens us up as an option to them.
 3        But in someone shopping that's already at a -- with an
 4   accountant, unless given a reason to look elsewhere, I don't
 5   believe they're going to go looking because they're satisfied
 6   where they're at.
 7   Q   Now, Mr. Kimber, in addition to pricing, do you believe that
 8   reputation, trust, and brand recognition are among the most
 9   important factors in growing the market share in the digital tax
10   preparation business?
11   A   I do.
12   Q   And with respect to reputation, trust, and brand
13   recognition, you believe those factors pose a significant
14   challenge for any digital do-it-yourself tax preparation
15   business seeking to expand, correct?
16   A   When you're beginning the business just starting out, yes.
17   Q   And you believe that in order to substantially increase
18   customers, digital do-it-yourself companies must build a strong
19   reputation through word-of-mouth referrals, correct?
20   A   We have done that.
21   Q   And it's very challenging for a digital do-it-yourself tax
22   preparation business to build a strong reputation through word
23   of mouth if its existing customer base is small, correct?
24   A   Through word of mouth, if you start small, you've got very
25   few people to refer others do.  That would be the case.
```

1    Q    And you believe that as a result, it can be difficult for a

2    digital do-it-yourself tax business to quickly expand its market

3    share, correct?

4    A    Unless they look at options such as pay per click and other

5    options of marketing out there, yes.

6    Q    Mr. Kimber, TaxHawk was an original member of the FFA, was

7    it not?

8    A    We are.

9    Q    And TaxHawk's membership in the FFA contributed to its

10   growth over the past eight years, correct?

11   A    It has been one of the contributing factors, yes.

12   Q    And you believe that the effectiveness of the FFA in terms

13   of growing TaxHawk's customer base has diminished in recent

14   years, correct?

15   A    It has decreased naturally over the years, yes.  As we

16   received them as a customer, for example, then they become our

17   customer and we market to them and bring them back year after

18   year.

19   Q    Now, Mr. Stock showed you a screenshot from Google earlier,

20   and in that screenshot you were pretty high up in both paid and

21   natural search, were you not?

22   A    Yes.

23   Q    And in paid, it was actually just your company and

24   TurboTax's that were listed, correct?

25   A    Uh-huh, that's correct.

1   Q    And I believe you said you were within the top three in

2   natural search?

3   A    Yeah.  We were listed -- on that particular example, we were

4   listed number two behind the IRS free file page.

5   Q    And I believe you testified a few moments ago that you

6   believe that TaxHawk is just as innovative as TaxACT; is that

7   correct?

8   A    I believe we are, yes.

9   Q    And that TaxHawk's product is just as good as TaxACT's?

10  A    I believe it is, yes.

11  Q    Okay.  And in terms of the number of people who use your

12  product versus TaxACT's, TaxACT is several times larger than

13  yours, correct?

14  A    They are.  They have more customer base, yes.

15  Q    And I believe you mentioned a few moments ago that you have

16  all this excess capacity currently; is that correct?

17  A    We do.

18  Q    Why aren't you bigger?

19  A    Again, in my opinion, since -- when TaxACT was started, it

20  was my understanding that they began their company with a

21  somewhat complete product, if you will, a support for most, if

22  not all, of the states and many of the federal forms.

23       Where when we began our company in the 2002 filing season --

24  tax year 2001 -- we started with a simple 1040EZ.  The next year

25  we had a 1040EZ, a 1040A, and a full 1040 with very few attached

```
 1   schedules.  And the years since then have added states in

 2   different increments up to the point that we have now where we

 3   have had a full product -- in our definition of a full

 4   product -- for the past two to three seasons.

 5   Q   And so despite starting in 2002, your overall market share

 6   of the total number of E-filers has not significantly increased,

 7   has it?

 8   A   Over the past ten years?

 9   Q   Yeah.

10   A   Oh, it has significantly.

11   Q   Where was it in, say, 2006?

12         MR. STOCK:  I just want to note that TaxHawk considers

13   its numbers of customers to be confidential.  So to the extent

14   that Mr. Buterman is going to go into market shares, that could

15   divulge a number of customers.  We just want the witness'

16   confidentiality rights to be respected.

17         THE COURT:  Is this an area we can cover in the closed

18   session?

19         MR. BUTERMAN:  We can cover it, although I will note,

20   your Honor, that the document that we plan to use is a document

21   that's already been shown to the public.  I'm happy to do it,

22   though, in the closed session.

23         THE COURT:  Okay.  Is this an appropriate time then to

24   close the courtroom?

25         MR. WAYLAND:  Yes.
```

1          MR. STOCK:  We have no objection to closing the

2     courtroom.  I do have some redirect to the form coverage that I

3     can do now if you prefer.

4          THE COURT:  I would so that once we get to the closed

5     session, after the closed session, this witness can be excused.

6                        REDIRECT EXAMINATION

7     BY MR. SCOTT:

8     Q    Mr. Kimber, do you feel that the federal and state forms

9     that your product covered are sufficient to make you a

10    significant competitor?

11    A    I do.

12    Q    And if any of the forms in question you felt were critical

13    to have on short notice, is there any that you think it would

14    take you more than a year or two to put in place?

15    A    At one or two or three at a time, no.  And I emphasize

16    maintain the lifestyle that we prefer as a company for us and

17    our employees.

18    Q    And Mr. Buterman pointed out that your free offering doesn't

19    cover every single federal tax form; is that right?

20    A    That's correct.

21    Q    But is it correct that you testified -- well, why don't you

22    repeat for the Court.

23         For the federal tax forms that your product does cover, what

24    percentage of taxpayers do you believe that is sufficient to

25    satisfy?

1    A    In our calculations, it covers over 95 percent of the

2    American taxpaying public.

3    Q    And what if I asked you -- what if I changed the question

4    and said what percentage of taxpayers that are eligible to

5    E-file their taxes, what percentage of those taxpayers do you

6    think are covered by the forms that your product covers?

7    A    I think that would increase it by a percentage or two.

8    Probably up near 97 percent.

9    Q    And do you feel that -- do you believe that your products'

10   coverages in the states where it is present covers the vast

11   majority of taxpayers in those states?

12   A    I do.

13          THE COURT:  Can I just follow up on this just so I'm

14   clear.

15          Are there some forms that the IRS allows to be E-filed

16   federally that you just don't support?  And if so, what is that

17   for or forms?

18          THE WITNESS:  One, for example, is a form -- I hope I

19   get the number right -- I think it's 1310, which is a support

20   for deceased taxpayers.  Filing the final return for a deceased

21   person.  We don't support that at this moment in time.  And it

22   can be E-filed.

23          So that's one example.  There are others.

24   BY MR. SCOTT:

25   Q    And do you have a sense as to what percentage of American

1    taxpayers use that form?

2    A    Use that form in particular?

3    Q    Yes.

4    A    I don't have that form, but it would be with the other

5    forms, less than 5 percent.

6    Q    Less than 5 percent for the forms collectively that you

7    don't cover?

8    A    Right.

9    Q    Right.  Now, Mr. Buterman asked you -- I believe he asked

10   you if you have a small market share, if it's difficult to

11   expand.  And I believe you answered that, yes, with word of

12   mouth it's difficult to expand if you have a small market share.

13        Do you believe your company has a small market share?

14   A    I don't view our company as having a small market share.

15   Q    Do you view your company as having a significant market

16   share?

17   A    I do.

18   Q    Now, Mr. Buterman asked you if you'd take into account the

19   pricing of brick-and-mortar assisted prices when you set your

20   price.

21        Do you remember that?

22   A    Yes.

23   Q    And I believe you said that you don't take those prices into

24   account?

25   A    No.

1    Q    In fact, I believe you said that if those prices are

2    increasing, that doesn't affect your price?

3    A    That's correct.

4    Q    Now, are you aware of the prices for the paid products of

5    H&R Block and Intuit?

6    A    Roughly, yes.

7    Q    And do you know if those prices have been increasing over

8    the past several years?

9    A    When we've taken the time to look at that or monitor it, if

10   you will, we've noticed that they have increased.

11   Q    And have those price increases had a material impact on the

12   prices that you charge?

13   A    It has not.  We view that as an internal decision and don't

14   really base it on what they're doing.

15   Q    In fact, have your prices changed during the time period

16   that -- have the prices on Free Tax USA changed during the time

17   period that -- let's say in the past five years?

18   A    No, they haven't.  They've remained the same.

19          THE COURT:  Is that the same for TaxHawk or have your

20   prices for TaxHawk changed?

21          THE WITNESS:  TaxHawk, we -- I don't want to say the

22   year that we did, but several years ago we increased it to 12.95

23   for the state return.  And that was the same time that we

24   brought in the free state/free federal combination offer for

25   those under 20,000.

1   BY MR. SCOTT:

2   Q    Was that price change influenced by the prices set by Intuit

3   or H&R Block?

4   A    No.   It was an experiment or an idea we wanted to try.

5            MR. STOCK:   We can go into closed session, your

6   Honor.

7            THE COURT:   We will close the courtroom.

8            I'd ask counsel for both sides to look at everybody who

9   remains in the spectator portion of the courtroom to let me know

10  if you recognize these people and are they appropriate to

11  remain.

12           MR. ROBERTSON:   Yes, your Honor.   Everybody on this

13  side is okay; meaning, the left side of the courtroom as I face

14  the front.

15           THE COURT:   I understand.

16           Mr. Buterman.

17           MR. BUTERMAN:   Everyone on this side is fine, your

18  Honor.

19           THE COURT:   Okay.   The courtroom's now sealed.   And

20  this portion of the record will be sealed.

21           MR. STOCK:   Your Honor, I have one question that I may

22  have forgotten to ask that is unconfidential.   Do you mind if I

23  just ask and we can unseal that?

24           THE COURT:   Yes, it's fine.

25  BY MR. SCOTT:

1    Q    Mr. Kimber, when you offered in tax year 2003 a free federal

2    product, do you remember if you had any AGI limitations in

3    2003?

4    A    Tax year 2003?

5    Q    Right.

6    A    I believe that was the year we had an AGI of 30,000 or

7    less.

8    Q    If I'm right, I think you said in 2002 you said you had

9    30,000 less.

10   A    Calendar year 2003, that's correct.  Tax year 2002 is where

11   we had a limit of 30,000 or less.  In 2004 and 2005, we offered

12   it free to everybody based on the state of residence.

13   Q    And that's tax year 2003 and tax year 2004, correct?

14   A    That's correct.

15            MR. BUTERMAN:  Your Honor, may I just redirect the

16   witness on that one question?

17            THE COURT:  I have to make sure I understand this.

18            In tax year '04 and '05, you offered free federal to

19   only taxpayers from 14 states?

20            THE WITNESS:  Yes.

21            THE COURT:  And was that free federal and state or just

22   free federal?

23            THE WITNESS:  Just free federal.

24            THE COURT:  Okay.

25            THE WITNESS:  And that was tax year 2003.  And in '04,

1    that was increased to 26 states.

2              THE COURT:  I see.

3              THE WITNESS:  Residents of 26 states.

4              THE COURT:  Okay.  And then in '04, that was increased

5    to 26 states?

6              THE WITNESS:  Yes.

7              THE COURT:  And what about in '05?  Did you also

8    increase the number of states?

9              THE WITNESS:  We did increase the number of states.

10   That was a year that the Free File Alliance introduced as, for

11   lack of a better word, mandated by the IRS, an AGI limit for all

12   companies to observe.  And I believe that year it was, I want to

13   say, 50,000 or close to that is when AGI was 50,000 or less, and

14   then residents of, I believe it was, up to 31 states that we

15   supported that year.

16             THE COURT:  So in '05, you offered free tax preparation

17   and filing to taxpayers in 31 states but who also met the IRS

18   FFA AGI limit?

19             THE WITNESS:  That's correct.

20             MR. STOCK:  Could I clarify one thing about that, your

21   Honor?

22             THE COURT:  Yes, please.

23   BY MR. ROUSH:

24   Q    Is that on the Free Tax USA Web site?

25   A    That is on the Free Tax USA Web site.

1   Q    In tax year 2005, did you have a free for all, no AGI

2   limitation on any of your other Web sites?

3   A    We did on several other Web sites.

4   Q    And when you offered free for all with no AGI limitation in

5   tax year 2003, whose idea was that?

6   A    That was mine and Scott's.

7                        RECROSS-EXAMINATION

8   BY MR. BUTERMAN:

9   Q    Just one point of clarification.  It wasn't until TaxACT

10  went free for all that TaxHawk went free for all on the Free Tax

11  USA site, correct?  It wasn't until after?

12  A    That we went --

13  Q    Went free for all with no AGI limitations and no state

14  limitations.

15  A    And free AGI and no state limitations would have been in

16  2000 -- that would have been the 2009 tax year, yeah.  So it was

17  after --

18  Q    Thank you.

19  A    -- on Free Tax USA.

20                   FURTHER REDIRECT EXAMINATION

21  BY MR. SCOTT:

22  Q    And to be clear about the state limitations you had, you

23  offered that free for all in every state for which you had a

24  product; is that right?

25  A    Yeah.  And some additional ones, yeah.

1        MR. SCOTT:  Okay.  On to the actual confidential

2   portion.  I believe that everything above what we just talked

3   about can be unsealed.

4        THE COURT:  So for purposes of the record and the court

5   reporter, we are now sealing the record.

6      (The following portions, pages 62-68, were designated as

7       confidental/attorneys' eyes only and sealed under a

8       separate transcript per order of the Court.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Mr. Roush, are you doing the next witness

2     for the defendants?

3          MR. ROUSH:  Yes, your Honor.

4          THE COURT:  And who might that be?

5          MR. ROUSH:  Defendants call Brian Rhodes to the stand.

6          THE COURT:  Good morning, Mr. Rhodes.

7        (WHEREUPON, the witness was sworn.)

8                    JAMES BRIAN RHODES,

9     called as a witness herein, having been first duly sworn, was

10    examined and testified as follow:

11                    DIRECT EXAMINATION

12    BY MR. ROUSH:

13    Q    Good morning, Mr. Rhodes.

14    A    Good morning.

15    Q    Can you please state your full name and current employer for

16    the Court.

17    A    James Brian Rhodes.  My current employer is TaxSlayer, a

18    subsidiary of Rhodes Financial Services.

19    Q    What is Rhodes Financial Services?

20    A    It is the parent company of TaxSlayer.com, of TaxSlayer Pro,

21    of Rhodes Murphy, of a couple different land development

22    companies, and also some insurance and investment companies.

23    Q    And where is Rhodes Financial Services located?

24    A    Out of Evans, Georgia.

25    Q    And where is TaxSlayer.com located?

1    A    Out of Evans.

2    Q    What line of business is TaxSlayer engaged?

3    A    We offer online tax preparation.

4    Q    What is your current position at TaxSlayer?

5    A    The product manager.

6    Q    How long have you been in that position?

7    A    Six years.

8    Q    What, generally, are your responsibilities and duties as

9    product manager at TaxSlayer?

10   A    I oversee the day-to-day operations of product development

11   along with support.

12   Q    Are you involved in the strategic planning for TaxSlayer?

13   A    I am.

14   Q    And are you involved in marketing strategy for TaxSlayer?

15   A    I am.

16   Q    What previous positions, if any, have you held while at

17   TaxSlayer or Rhodes?

18   A    I was a software consultant for TaxSlayer Pro, our

19   professional software.  I also prepared taxes for Rhodes Murphy

20   in our retail offices.

21   Q    What is TaxSlayer Pro?

22   A    It is a tax professional software that we sell to

23   accountants across the country that was started in the early

24   '90s.

25   Q    When you say it's a tax professional software across the

1  country, who are its customers?

2  A    Accountants, CPA, anybody who would assist an individual

3  preparing their tax return.

4  Q    And how, if at all, is TaxSlayer Pro related to

5  TaxSlayer.com?

6  A    It is the backbone for the tax calculation engine.

7  Q    And how long has TaxSlayer Pro been in business?

8  A    Since '92.

9  Q    And how long has TaxSlayer.com been in business?

10 A    2003.

11 Q    If you want to grab a glass of water, go ahead.

12 A    Please.

13 Q    I think you mentioned Rhodes Murphy.

14      What is Rhodes Murphy?

15 A    We have 16 retail offices across the Augusta area --

16 Augusta, Georgia area -- where we assist individuals in

17 preparing their tax returns.

18 Q    And are all 16 of those tax preparation stores owned by

19 Rhodes Financial?

20 A    There are ten company owned and 16 -- excuse me; six

21 franchises.

22 Q    For clarity of the record, can we use the term "TaxSlayer

23 Pro" to refer to TaxSlayer Pro, but just say "TaxSlayer" when

24 referring to TaxSlayer.com?

25 A    Absolutely.

1    Q    What basic consumer tax prep products did TaxSlayer offer in

2    tax season 2011?

3    A    We had three different offers; classic -- our classic

4    package -- our free edition, and our premium edition.

5    Q    What was the range of prices for those three products?

6    A    The free edition consisted of a free federal tax return if

7    you qualified for the federal 1040EZ, with a 14.90 state charge.

8    The classic package was a 9.95 charge for the federal, and a

9    4.95 charge for the state.   And the premium was a 19.95 charge

10   for the federal, and a 4.95 charge for the state.

11   Q    So ranging between free and 24.90?

12   A    Roughly.

13   Q    Did TaxSlayer experiment with any new products last year?

14   A    We did.   We -- towards the end of tax season around the

15   beginning of April, we released a "call a tax professional" for

16   very few users.   We wanted to get an idea of what kind of calls

17   we would be receiving, how long those calls would take.

18        We also offered a different mechanism for individuals to pay

19   for their tax prep fee coming out of their refund.

20   Q    And the "call a tax preparer" product, who are the tax

21   preparers that customers called?

22   A    This year they were just internal accountants that we have,

23   but basically right now we're deciding whether we use our Rhodes

24   Murphy offices to facilitate that, or do we use our users of our

25   TaxSlayer Pro software.

1          THE COURT:  Can I interrupt just one second.

2          Are you the Rhodes of Mr. Rhodes in the Rhodes Murphy

3    retail outlets?

4          THE WITNESS:  I'm a son, yes.

5          THE COURT:  The son.  I just wanted clarify that.

6    Thank you.  I was curious about that.

7    BY MR. ROUSH:

8    Q   And that hybrid product, will you offer that next year?

9    A   We will.

10   Q   Now, I'll get into numbers in the closed session so I'm

11   going to ask you some general questions, and let's avoid the

12   numbers until we do go into a closed session.

13   A   Okay.

14   Q   Can you tell the Court generally whether TaxSlayer has grown

15   in revenue since it first started.

16   A   We have.

17   Q   And did TaxSlayer grow in revenue from tax season 2010 to

18   tax season 2011?

19   A   We did.

20   Q   Has TaxSlayer grown in overall units since it first

21   started?

22   A   We have.

23   Q   Did TaxSlayer grow in overall unit from tax season 2010 to

24   tax season 2011?

25   A   We have.

1    Q    To what, if anything, do you attribute that growth?

2    A    In the beginning, we had a lot of referrals and as our

3    business has grown, we've been able to ramp up our marketing

4    expenditure.   I believe our product is based on tax preparers.

5    We were the ones who developed it in order to assist an

6    individual fill out their tax return.   Along with customer

7    support and just the ease and use of our package -- of our

8    software package.

9    Q    So focusing on your product, what about TaxSlayer's product

10   do you feel attributed to TaxSlayer's growth?

11   A    I would say the ease of use.   We really tried to streamline

12   the process, give the user the ability to be assisted if they

13   would like, but also allow them to navigate as they please.

14   Q    You also mentioned marketing as being something that

15   attributed to TaxSlayer's growth in your view; is that

16   correct?

17   A    Correct.

18   Q    What about marketing do you feel attributed to the growth?

19   A    Well, along with your normal marketing ad words, banner ads,

20   that sort of stuff, we've also engaged in marketing parts of

21   NASCAR.   We've been doing that for three years now.   Plan on

22   doing it next year.   And we've also just signed on to be the

23   premium sponsor of the Gator Bowl this year.

24   Q    You mentioned ad words.   Can you describe to us what that

25   marketing involves.

1   A    When you -- as the previous person testified, basically when

2   you pay for search words that people are searching, as they

3   click through them, you pay based on the click-through rate.

4   Q    And you mentioned your NASCAR sponsorship.  Can you describe

5   that for the Court.

6   A    This year we've just signed another deal with Dale

7   Earnhardt, Jr.'s racing team -- his nationwide racing team.  He

8   will sponsor -- excuse me; he will race two races for us this

9   year, including Daytona and Bristol, along with ten other races

10  from another driver and his team.

11  Q    And you mentioned the sponsorship of the Gator Bowl.

12       When did that occur?

13  A    Just recently actually.  We've been in negotiations for the

14  past several months, and I believe we just announced it publicly

15  within the last couple weeks.

16  Q    And for how many years is that?

17  A    A three-year deal.

18  Q    Does TaxSlayer also use social media for its marketing?

19  A    We do.

20  Q    And can you describe that, please.

21  A    We use Facebook, Twitter, YouTube.  We've been very

22  successful in having YouTube campaigns where we've allowed

23  people to produce commercials that we may or may not use in our

24  marketing across the country.  Along with awarding it with some

25  kind of prize, usually 25,000 or something like that.

1          That's been pretty successful for us.

2   Q    Do those submitted YouTube commercials remain on YouTube

3   even if you haven't selected them?

4   A    They do.

5   Q    Do you also view TaxSlayer's price as being a reason for its

6   growth?

7   A    I do.

8   Q    Why is that?

9   A    We believe it's a competitive price compared to other

10  products that are available.  And that's one reason why we've

11  kind of kept that price in line.  It's helping our growth.

12  Q    Have you read the public version of the government's

13  preliminary injunction motion in this case?

14  A    I have.

15  Q    What view, if any, do you have of the government's assertion

16  in its preliminary injunction motion that TaxACT has been,

17  quote, "the driving force behind every major competitive

18  development in the digital DIY market over the past seven

19  years"?

20  A    Probably a little stretch to say every innovative -- I'm not

21  sure what the word --

22  Q    "Major competitive development."

23  A    Yes.  A little stretch.

24  Q    Do you view TaxACT as having been responsible for any major

25  competitive developments?

1    A    I do.  As I recall, they were one of the first companies to

2    really push or engage in this free product that exists now today

3    in the marketplace.

4    Q    And to your recollection, when was that?

5    A    Around 2004, 2005.

6    Q    Since that time, are there any other major competitive

7    developments that you would attribute to TaxACT?

8    A    Not that I personally know.

9    Q    Do you view TaxACT since that time as being innovative?

10   A    No more than any other tax software company.

11   Q    Is TaxACT as innovative as TaxSlayer?

12   A    They're a good piece of software, and I believe that our

13   software is just as good and we are just as innovative.

14   Q    Where do your customers come from?

15   A    From anyone who is looking to file their tax return, whether

16   it be through -- excuse me; they come from anywhere looking to

17   file tax returns.

18   Q    So if someone used a tax store last year, could they

19   potentially be your customer this year?

20   A    Yes.

21   Q    If someone used pen and paper last year, could they

22   potentially be your customer this year?

23   A    They could.

24   Q    If someone used TurboTax could someone potentially be your

25   customer?

1    A    They could.

2    Q    And if you lose customers, where are they going?

3    A    I would imagine the same places that we are receiving

4    them.

5    Q    Now, do you in turn focus your marketing dollars on all of

6    those companies and forms of tax preparation?

7    A    We do not specifically address brick-and-mortar retail

8    offices as a company policy.  We've gotten into some problems

9    when we've been so-called alienating our tax preparer

10   professional users, so as a company policy, we don't actively

11   try to advertise against accountants -- against people who go

12   into retail stores.

13   Q    Because some of those people -- can you explain that policy

14   in a little more detail.

15   A    Our customer -- our company started off with TaxSlayer Pro,

16   and we have over 8,000 users across the country.  And as we

17   actively tried to engage in marketing to say do not go to this

18   assisted tax prep, we tended to upset that user base.  So we've

19   stayed away from that.

20        But we believe that -- and just general marketing and brand

21   awareness, that you're still attracting those users, but we're

22   not specifically stating it in our advertising that we want to

23   pull them away.

24   Q    And your NASCAR sponsorship, do you understand that only

25   customers of online digital tax preparation are viewers of

1    NASCAR?

2    A    No.

3    Q    And for the Gator Bowl similarly, do you understand that

4    viewers the Gator Bowl are only digital tax preparers?

5    A    No.   Anybody who would be needing to file a tax return.

6    Q    What is your view of H&R Block's proposed transaction of

7    TaxACT?

8    A    We are actually happy that this acquisition has been

9    proposed.   We think that it's great for TaxACT to have made

10   something for themselves and to be a potential merger company.

11       We feel that if H&R Block decides to drop the brand of

12   TaxACT or raises their prices, that we'll be ready to gain some

13   more market share based on that.

14   Q    And even if they don't raise price or eliminate the brand,

15   do you anticipate that TaxSlayer may be able to take some of the

16   former TaxACT customers?

17   A    It would be harder, but I think that opportunity still is

18   out there.

19   Q    And what do you base that on?

20   A    We've noticed in the past on our professional site that when

21   companies are bought out, that the end user may not necessarily

22   have good feelings towards the buyer and would look to go

23   elsewhere.   So that's been big for us on our professional

24   package when companies get bought out.   I think we would see

25   some of that on this side as well.

1  Q    After reading the preliminarily --

2           THE COURT:  Excuse me.  Could you just explain that a

3  little bit.

4           Does it have to do specifically with H&R Block

5  potentially competing with some of the tax professionals who buy

6  your TaxSlayer Pro?

7           THE WITNESS:  No, ma'am.  What I'm getting at is when

8  tax professional companies have been bought out, the users of

9  those software -- of those packages may not necessarily agree

10  with the new owner and have tended to shop elsewhere because of

11  that.  And we feel that to some degree, that you would have some

12  of that crossover as well if H&R Block became the owner of

13  TaxACT.  That people may migrate just because H&R Block is now

14  the owner.  We've seen that on the professional side.

15  BY MR. ROUSH:

16  Q    If they were to migrate, you think there's a potential they

17  would migrate to TaxSlayer?

18  A    Absolutely.

19  Q    So after reading the preliminary injunction motion, do you

20  understand that the government is asserting that this

21  transaction could lead to the elimination of TaxACT or increase

22  in its prices?

23  A    I'm sorry.  Could you repeat that.

24  Q    Do you understand that the government is asserting that this

25  transaction could lead to the elimination of TaxACT or an

```
 1    increase in its prices or decrease in its services?

 2              MR. BUTERMAN:  Objection.

 3              THE COURT:  Overruled.

 4    BY THE WITNESS:

 5    A   We do.

 6    Q   If the government is right, how, if at all, would that

 7    impact TaxSlayer?

 8    A   We would actually welcome that.  We believe that we're

 9    poised and ready to take those customers who would want to go

10    elsewhere for lower prices.

11              MR. ROUSH:  Your Honor, the rest of my questions would

12    be for a closed session.  Given the back and forth that we saw

13    occur before, what I'd ask is that we actually do the closed

14    session, then let them start their cross with that.  I don't

15    think I'll have any redirect that I have to have in closed

16    session so we can open it right back up after that, if that's --

17    with your indulgence, if we could handle it that way.

18              I think it will save a lot of time, but that's my view.

19              MR. BUTERMAN:  I'm fine whichever way your Honor wants

20    to proceed.

21              THE COURT:  Okay.  So we're going to -- as opposed to

22    clustering all the closed at the very tail end of the witness'

23    testimony, we're going to come back for an open

24    cross-examination of this witness so you can move right to the

25    redirect now -- so you can move right to the closed direct now.
```

1              That's what you're suggesting?

2              MR. ROUSH:  Yes, your Honor.  I think we'll have a lot

3  less of the two of us getting up and doing recross and redirect

4  because I think while I'm going to focus on numbers with him, I

5  don't think the recross or redirect will need to have much of

6  that.  I've talked to Mr. Buterman, and he said he has one thing

7  that he thinks will need to be in closed session.  So I think it

8  would be a compact closed session.

9              MR. BUTERMAN:  The only thing I would note, your Honor,

10 is that I don't believe that the defendants are planning on

11 putting on another witness in this morning's session.  And if

12 that's the case, then if we go -- if we do it in the way we did

13 it last time, we could close and come back after lunch.

14             THE COURT:  Well, I hope to get this witness done

15 before lunch.  Okay.  So we will close the courtroom now.

16             How long do you think that your closed direct will be,

17 Mr. Roush?

18             MR. ROUSH:  20 minutes.

19             MR. BUTERMAN:  Mine is going to be five minutes.

20             THE COURT:  Okay.  Fine.  Just for a sense of how long

21 the courtroom will be closed for those who have to leave.

22             MR. ROUSH:  Thank you, your Honor.

23             THE COURT:  Okay.  I'll excuse the spectators during

24 this portion of the examination.

25             (The following portions, pages 84-98, were designated as

1        confidental/attorneys' eyes only and sealed under a

2        separate transcript per order of the Court.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CROSS-EXAMINATION
 2    BY MR. BUTERMAN:
 3    Q    So we're clear, Mr. Rhodes, TaxSlayer introduced its first
 4    online product in 2003; is that correct?
 5    A    Correct.
 6    Q    And prior to this year, TaxSlayer did not have a free
 7    federal product to offer through its Web site; is that
 8    correct?
 9    A    Correct.
10    Q    And the free product -- federal product -- that it did roll
11    out, only allows for E-filing of a federal return on a form
12    1040EZ, correct?
13    A    Correct.
14    Q    Now, TaxSlayer used to offer both an online and a
15    downloadable version of its product, correct?
16    A    Correct.
17    Q    In 2009, TaxSlayer stopped offering its downloadable product
18    to new customers, correct?
19    A    That's correct.
20    Q    And the reason that it did so is because the service costs
21    for downloadable products were too burdensome, correct?
22    A    And we didn't -- correct.  And we didn't see a future.
23    Q    So now only existing customers can download a version of
24    TaxSlayer, correct?
25    A    Correct.
```

1    Q    TaxSlayer also does not offer its software on a CD through

2    retailers, correct?

3    A    Correct.

4    Q    And one of the reasons it does not do so is because of the

5    additional cost that would need to be incurred to start offering

6    the retail product, correct?

7    A    Correct.

8    Q    Now, H&R Block -- you understand that H&R Block, TaxACT, and

9    TurboTax all offer some ability to import data from third-party

10   networks?

11   A    I am.

12   Q    But TaxSlayer does not offer the ability of individuals to

13   import directly into their tax returns certain data such as W-2s

14   or 1099s?

15   A    Correct.

16   Q    And TaxSlayer does not allow for an importation of a prior

17   year's tax return from other companies, correct?

18   A    Currently we do not.

19   Q    Now, in your view, TaxSlayer competes with TurboTax, H&R

20   Block, and TaxACT on price, correct?

21   A    Correct.

22   Q    And when setting the prices for TaxSlayer's products, it

23   considers the prices charged by other providers of digital

24   do-it-yourself products, correct?

25   A    Every year we do sit down, and we take a look at what our

1    competitors are charging, yes.

2    Q    And you consider the prices of both your competitors' paid

3    and free offerings, correct?

4    A    We do.

5    Q    Now, TaxSlayer also competes with TurboTax, H&R Block, and

6    TaxACT on features such as usability, correct?

7    A    We do.

8    Q    When setting TaxSlayer's prices, it doesn't consider the

9    prices charged by CPAs or brick-and-mortar tax preparation

10   businesses, correct?

11   A    We do not.

12   Q    And even though TaxSlayer does obtain some sales from people

13   switching to its products from pen and paper and

14   brick-and-mortar stores, TaxSlayer does not directly compete

15   against those tax preparation methods, correct?

16   A    As I mentioned before, we do not compete on an advertising

17   manner.

18   Q    When we looked at Tab 3 a few moments ago and you listed

19   your competitors for TaxSlayer, you did not list any assisted

20   tax preparation products, did you?

21   A    Correct.  I also did not list the IRS, pen and paper.

22   Q    Thank you.

23   A    Yeah.

24   Q    Now, if TaxSlayer were to raise its prices a material

25   amount, you do not believe that TaxSlayer's customers would

1   choose to go to tax stores or CPAs, correct?

2   A    I do not.

3   Q    And you do not believe that TaxSlayer's customers would

4   switch to pen and paper either, correct?

5   A    I do not.

6   Q    As a matter of corporate policy, TaxSlayer has decided not

7   to take on debt or give up ownership in exchange for funding,

8   correct?

9   A    That's correct.

10   Q    And you do not envision this transaction changing that,

11   correct?

12   A    The proposed where H&R Block, I think, has publicly stated

13   that it would not change prices or get rid of the TaxACT

14   product.

15   Q    Oh, I'm talking about TaxSlayer.  You do not envision this

16   transaction changing TaxSlayer's corporate policy not to take on

17   debt or give up ownership in exchange for funding, correct?

18   A    What I was -- in my deposition or declaration, I spoke to

19   the proposed acquisition where H&R Block has publicly stated

20   that they would not raise prices or get rid of TaxACT.  So if

21   those were to change, then we may seek funding.

22   Q    Now, you believe that success in the market for digital tax

23   preparation products requires not only good tax preparation

24   functionality, but also a well-known brand and a good reputation

25   for products that allows individuals to prepare tax returns

1    easily and accurately?

2    A    I do.

3    Q    And you believe that developing a good reputation takes

4    years of consistently good performance, correct?

5    A    It does.

6    Q    And that developing a well-known brand takes years of

7    significant marketing expenditures and traditional and online

8    media, correct?

9    A    Correct.

10   Q    And you do not know of any way that you could double the

11   size of TaxSlayer in one to two years, correct?

12   A    I do not.

13   Q    And do you believe that there is no silver bullet for a

14   small company to grow market share quickly, correct?

15   A    Correct.

16        MR. BUTERMAN:  That's all I have, your Honor.

17        THE COURT:  Mr. Roush.

18                    REDIRECT EXAMINATION

19   BY MR. ROUSH:

20   Q    You were asked if TaxSlayer's product imported data from

21   other companies' products.

22        Do you recall that?

23   A    I do.

24   Q    Are you aware of any company's offering that imports data

25   from other companies' products?

1    A    There are some companies who do that.

2    Q    What companies?

3    A    I know TaxACT imports from other competitors.  I would

4    imagine TurboTax does as well, but I'm not a hundred percent on

5    that.

6    Q    Are you certain that TaxACT's product does that?

7    A    Yes.

8    Q    You mentioned that you -- you were asked some questions

9    about downloadable products and CDs?

10   A    I was.

11   Q    And at this time, has TaxSlayer made decisions to offer

12   downloadable products?

13   A    We only offer that product to returning -- to existing

14   customers.  We do not sell it to new users.

15   Q    And why don't you sell it to new users?

16   A    We had many internal debate about this, whether there is a

17   future in that market, and the up-front cost that it would take

18   to go down that road.  And we would have to pull money from

19   other places to do it.  And right now it doesn't seem like a

20   good fit.

21   Q    And similarly with regard to a CD product, have you made a

22   decision whether or not to invest in that sort of product?

23   A    The same as the downloadable.

24   Q    You don't think it would be a profitable investment?

25   A    Maybe in the short term, but we feel that that product may

1   not be around in the future.

2   Q    You mentioned that you didn't think if TaxSlayer raised its

3   prices that its customers would go -- would switch to assisted.

4        Do you recall that?

5   A    I do.

6   Q    And you mentioned that you didn't think they would switch to

7   pen and paper.

8        Do you recall that?

9   A    I do.

10  Q    And why wouldn't they, in your view?

11  A    Unless the user was just dissatisfied with the process of

12  filing the tax return on their own, I couldn't imagine they

13  would go back to an accountant.  I really couldn't imagine them

14  going back to pen and paper after experiencing using a Web site

15  to file their tax return.  That's why I said that.

16  Q    Do you view there as being other significant or good

17  products on the market to which they could turn?

18  A    Oh, absolutely.  There's many.

19  Q    Has TaxSlayer ever changed its price in response to

20  TurboTax's prices?

21  A    We have not.

22  Q    Has TaxSlayer ever changed its price in response to H&R

23  Block's prices?

24  A    No.

25  Q    Has TaxSlayer ever changed its prices in response to

1    TaxACT's prices?

2    A    No.

3              MR. ROUSH:   No further questions, your Honor.

4              MR. BUTERMAN:   Nothing further, your Honor.

5              THE COURT:   Nothing further.   You're excused.

6              Thank you very much.   We can break for lunch until 1:15

7    when you'll have your next witness ready?

8              MR. ROUSH:   Dr. Meyer is here, yes.

9              THE COURT:   Good.   Thank you.   Have an enjoyable lunch.

10        (Lunch recess was taken at 12:17 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL COURT REPORTER

         I, Lisa S. Schwam, certify that the foregoing is a
correct transcript from the record of proceedings in the
above-entitled matter.


_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _                    _ _ _ _ _ _ _ _

SIGNATURE OF COURT REPORTER                          DATE